**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 05-6399**

———————————

In Re:  OWEN ODMAN,


                                                Petitioner.


———————————

On Petition for Writ of Mandamus.  (CA-04-44-1)

———————————

Submitted:  June 17, 2005          Decided:  July 7, 2005

———————————

Before WILKINSON, MICHAEL, and SHEDD, Circuit Judges.

———————————

Petition denied by unpublished per curiam opinion.

———————————

Owen Odman, Petitioner Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Owen Odman petitions for writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2255 (2000) motion. He seeks an order from this court directing the district court to act. Because the district court has acted in the case as recently as July 12, 2004, we find there has been no undue delay in the district court. Although we find that mandamus relief is not warranted, we deny the mandamus petition without prejudice to the filing of another mandamus petition if the district court does not act expeditiously. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED